Matter of Albin v Bushaw (2025 NY Slip Op 00550)

Matter of Albin v Bushaw

2025 NY Slip Op 00550

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, NOWAK, AND DELCONTE, JJ.

747 CAF 23-01648

[*1]IN THE MATTER OF ROWAN A. ALBIN, PETITIONER-RESPONDENT,
v
BRETT B. BUSHAW, RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

CAMBARERI & BRENNECK, SYRACUSE (MELISSA K. SWARTZ OF COUNSEL), FOR RESPONDENT-APPELLANT. 
KATHRYN M. FESTINE, UTICA, FOR PETITIONER-RESPONDENT.
PETER J. DIGIORGIO, JR., UTICA, ATTORNEY FOR THE CHILD. 

 Appeal from a corrected order of the Family Court, Herkimer County (Thaddeus J. Luke, J.), entered July 31, 2023, in a proceeding pursuant to Family Court Act article 6. The corrected order, among other things, awarded petitioner sole legal and primary physical custody of the subject child. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Kolasz v Levitt , 63 AD2d 777, 779 [3d Dept 1978]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court